UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **HENRY VICHIQUE, SID #1018642,** § | |
| § | |
| Petitioner, § | |
| § | SA-22-CV-001224-JKP |
| v. § | |
| § | |
| **BEXAR COUNTY SHERIFF** § | |
| **JAVIER SALAZAR,** § | |
| § | |
| Respondent. § | |

## JUDGMENT

On this day, the Court issued an Order dismissing without prejudice Petitioner, Henry Vichique's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 for failure to exhaust as well as pursuant to the *Younger* abstention doctrine. (ECF No. 1).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies and pursuant to the *Younger* abstention doctrine. (ECF No. 1).

**IT IS FURTHER ORDERED** that all other pending motions relating to Petitioner's § 2241 Petition, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

SIGNED this 15th day of December, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE